IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00292-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | )    <u>ORDER</u> |
| | ) |
| LAURENCE SESSUM (2) | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's Motion for Modification of His Sentence, (Doc. No. 167), following his request for relief from the warden of his institution.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion within fourteen (14) days of the entry of this Order.

Signed: August 3, 2022

Robert J. Conrad, Jr.
United States District Judge